## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02873-JLK-KMT

KELLY NUANES,

      Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC., a Missouri corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

Kane, J.

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

Dec. 5, 2011  
DATE

s/John L. Kane  
SENIOR U.S. DISTRICT JUDGE